IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF WANDA LORRAINE KELLY
JOHNSON, et al.,

                                                  Civil Action No. 23-1689

        Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN,

        Defendant.

_____/

**DECLARATION OF ARI SIMONE FOSTER**

     I, Ari Simone Foster, declare pursuant to 28 U.S.C. § 1746, as follows:

1.   I am over eighteen and am competent to testify about the facts set forth herein.

2.   My maiden name was Ari Simone Williams.

3.   I am, and at all relevant times have been, a United States citizen. A true copy of my Certification of Report of Birth of a United States Citizen is attached hereto as Exhibit A.

4.   Wanda Lorraine Kelly Johnson was my mother. She was born in Florida and was a United States citizen. She died on November 28, 2021. A true copy of my mother's Death Certification (Amended) is attached hereto as Exhibit B.

5.   I am my mother's only child, and I am the personal representative of her estate. A true copy of the Certificate of Appointment as Personal Representative is attached hereto as Exhibit C.

6.   My mother used different last names during her lifetime. Her maiden name was Kelly. When she married my father, Darryl Frank Williams, her last name was Williams. That is the name that appears on my birth certificate. Exhibit A. After she divorced my father, my mother remarried and took the last name, Johnson, the name that appears on her death certificate and on some other official records submitted herein.

7.   My mother was an Air Force service member who was a victim of the June 25, 1996 bombing attack at the Khobar Towers in Dhahran, Saudi Arabia. A true copy of the Certificate of Air Force Achievement Medal (with Valor) that she was awarded on June 26, 1996, the day after the bombing attack is attached hereto as Exhibit D.

8.   At the time of the bombing, I was seven years old. My mother's family lived in Quincy, Florida.

9.   My father was also in the Air Force. And when my mother was deployed to Saudi Arabia, I was sent to live with family friends in Alabama.

10. While I was living with the family in Alabama, I was sexually abused.

11. After the bombing of the Khobar Towers, my grandfather (my mother's father) picked me up in Alabama and brought me back to Florida.

12. I did not understand what was happening. But my family told me that my mother was okay.

13. When my mother returned from Saudi Arabia, I noticed that her behavior had changed dramatically. My mother had become emotionally detached and cold towards me. She was unable to empathize or to provide me with emotional support.

14. As a result of the bombing, my mother manifested symptoms of post-traumatic stress disorder ("PTSD"), bipolar disorder, depression, and anxiety. My mother suffered terribly from these conditions.

15. She suffered from nightmares and flashbacks and re-lived the gruesome horrors she experienced during and immediately following the Khobar Towers bombing.

16. She was very sensitive to loud noises and crowds. And she would become anxious in other situations, such as being confined to small or dark rooms.

17. My mother became paranoid and engaged in emotionally abusive behavior.

2

18. My mother would tell me that her whole life was centered around me. She became manipulative and tried to make me feel guilty. She would often threaten to commit suicide.

19. As a child I did not understand that my mother had herself been traumatized and that she was not able to cope.

20. But I needed support after having been molested, and my mother could not even deal with her own trauma. On one occasion, I noticed that my mother was upset and asked her "what's wrong?" My mother responded, "You were born."

21. I worried about my mother. And, even as a child, I was particularly distressed about my mother's abuse of alcohol.  At times, I would hide my mother's alcohol so she wouldn't be able to find it. I just wanted her to be healthy.

22. As I grew older, I was overwhelmed with my mother's mental health problems. My mother was emotionally abusive. I wrote poems about her.

23. Every year in the summer, around the anniversary of the bombing, my mother would re-live the attack. She would send text messages to random people, writing about the dirt and the desert. During this time of the year, her drinking became worse.

24. My mother would talk about feeling the impact of the explosion and the shock that her friends had been killed. She talked about how she had to keep going and working after the bombing despite the loss of her friends.

25. After the attack my mother was tasked with restoring the fitness center and preparing it as an evacuation/assembly area. She was then assigned to mortuary affairs, where she was tasked with contacting family members of deceased victims.

26. My mother joined a Khobar Towers survivors support group on Facebook.

27. My mother was always taking prescription medications to help with her depression and anxiety.

28. My mother and I lived in different cities in South Carolina. After I got married and had my first child, my mother moved to be closer to me.

29. After I got married and had children, I needed to take precautions to protect my children from my mother. I was particularly concerned about my mother's alcoholism and unmanaged bipolar disorder symptoms. Because of her bipolar disorder, she was not supposed to drink alcohol. It interferes with the medications and exacerbates the side effects.

30. For example, one time, my mother wanted to drive with the children to Charleston. I was worried about my mother's alcoholism and her habit of driving while drunk. I did not allow the children to go on the trip.

31. On another occasion, my mother got drunk and locked herself in the children's room all night.

32. I took my mother to various appointments at the VA hospital to try to help her. I also contacted the VA often to share my concerns about her drinking and mental health.

33. My grandmother died in July 2021, and my mother had a friend drive her from South Carolina down to Quincy Florida for the funeral. When my mother arrived in Florida, she started acting erratically and returned home to South Carolina. Still before the funeral, my mother decided to return to Florida. This time, she drove herself. While driving through Pooler, Georgia, my mother lost control of the car and crashed into a ditch.

34. I received a call from the Pooler police telling me that they found my mother in her car with several empty beer cans strewn on the floor. I picked my mother up at a hotel in Pooler and brought her home to South Carolina.

35. My mother's alcohol abuse grew worse. One night during my mother's last year, she came to my house and told me, "I just wanted to say goodbye." She was threatening to commit suicide. She then lied down on the grass crying.

36. I was left with no choice but to have my mother involuntarily committed to the Veterans Affairs Hospital. She was then sent to a behavioral health facility in another city for detox and treatment. This was very hard for both me and my mother.

37. My mother died in November 2021 at age 59 as a result of her chronic alcohol abuse. Her death certificate said that the cause of death was "complications of chronic ethanol abuse." See Ex. B.

38. My mother served in the military for over 22 years. A true copy of my mother's certificate of honorable discharge is filed herewith as Exhibit E.

39. On January 30, 2024, I contacted the Department of Veterans Affairs to request a statement of my mother's service-connected disabilities. On the same date, the Department sent me an encrypted email containing the two letters filed herewith as Exhibit F. The letters confirm that my mother had a VA combined disability rating of 100%, and that 50% of her disability was attributable to the PTSD and bipolar disorder that she manifested as a result of her experience during and immediately following the bombing attack at the Khobar Towers.

**I declare under penalty of perjury that the foregoing is true and correct**.


_____                    _____
Date                          Ari Simone Foster

5

# EXHIBIT A



UNITED STATES OF AMERICA
DEPARTMENT OF STATE

## Certification of Report of Birth
### of a United States Citizen

159- 2822325

This is to certify that the birth of __ARI SIMONE WILLIAMS__ sex __FEMALE__
*(Name)*

born at __CHATAN-CHO, OKINAWA__ __JAPAN__
*(City)* *(Country)*

on __FEBRUARY 23, 1989__ was registered with the Consular Service of the United States and a
*(Date)*

Consular Report of Birth was issued at __NAHA, OKINAWA, JAPAN__
*(City / Country)*

on __MARCH 13, 1989__ .
*(Date)*

| Father | __PARENTS__ | Mother |
|---|---|---|

DARRYL FRANK WILLIAMS        WANDA LORRAINE WILLIAMS

Date of Birth __JANUARY 14, 1960__        Date of Birth __SEPTEMBER 12, 1962__

CONDOLEEZZA RICE
*(Secretary of State)*

Authentication Officer, Washington, D.C.

MAY 30, 2007
*Date*

FORM DS-1350        WARNING:  This certificate is not valid if it has been altered in any way whatsoever or if it does not bear the raised seal of the
office of issuance.

DEPARTMENT OF STATE
**REPORT OF BIRTH ABROAD**
**OF A CITIZEN OF THE UNITED STATES OF AMERICA**

PLACE OF REPORT (Foreign Service Post)
Naha, Japan

DATE OF REPORT (Month, Day, Year)
March 13, 1989

| NAME OF CHILD IN FULL | (First name) Ari | (Middle name) Simone | (Last name) Williams | SEX ☐ MALE ☒ FEMALE |
|---|---|---|---|---|

DATE OF BIRTH (Month, Day, Year)
February 23, 1989

Hour 2:42 ☒ AM ☐ PM

PLACE OF BIRTH IN FULL (Hospital, City, State, Country)
U.S. Naval Hospital, Okinawa
Chatan-cho, Okinawa Prefecture, Japan

THE FOLLOWING ITEMS MUST BE COMPLETED FOR BOTH FATHER AND MOTHER:

| FATHER | ITEM | MOTHER |
|---|---|---|
| Darryl Frank Williams | FULL NAME (Also give Mother's name before marriage) | Wanda Lorraine Williams Nee: Kelly |
| January 14, 1960 | DATE OF BIRTH (Month, Day, Year) | September 12, 1962 |
| Miami, Florida, USA | PLACE OF BIRTH (City, State, Country) | Quincy, Florida, USA |
| 2004 D O'Donnel Gardens, Camp Shields, Okinawa, Japan | PRESENT ADDRESS (Street No., City, State) | 2004 D O'Donnel Gardens, Camp Shields, Okinawa, Japan |
| 631 NW 9th Court Hallandale, Florida 33009 | ADDRESS IN UNITED STATES (Street No., City, State) | 912 Experiment Station Rd Quincy, Florida 32351 |
| Certificate of Live Birth iss. by Bureau of Vital Statistics, State Board of Health, Florida, filed 1/28/60 showing birth of Darryl Frank Williams. | EVIDENCE OF U.S. CITIZENSHIP (If naturalized, give date, place and cert. no. If naturalized through parent(s) give date your lawful admission to U.S. for permanent residence and date, place, and Cert. No. parent(s) naturalization(s)) IF ALIEN, SHOW NATIONALITY | Certificate of Live Birth iss. by Bureau of Vital Statistics, State Board of Health, Florida, filed 11/5/62 showing birth of Wanda Lorraine Kelly. |
| Jan 60-May 86 | PRECISE PERIODS OF PHYSICAL PRESENCE IN UNITED STATES (Do not list individual States) | Sep 62-May 86 |
| May 86-Present Japan USAF | PRECISE PERIODS ABROAD IN U.S. ARMED FORCES, IN OTHER U.S. GOVERNMENT EMPLOYMENT, WITH QUALIFYING INTERNATIONAL ORGANIZATION, OR AS DEPENDENT OF SUCH PERSON (Specify) | May 86-Present Japan USAF |
| None | PREVIOUS MARRIAGES SHOW DATE AND MANNER OF TERMINATION OF ALL. IF DIVORCED SUBMIT DIVORCE DECREE (S) | None |

DATE AND PLACE OF PRESENT MARRIAGE (Month, Day, Year - City, State, Country)
September 24, 1983          San Antonio, Texas, USA

SIGNATURE OF PARENT, GUARDIAN, NURSE, DOCTOR OR OTHER PERSON FURNISHING ABOVE INFORMATION

*Darryl F. Williams*

ADDRESS (Street address, city, state, country)
18th SPS
APO San Francisco 96239

THIS SECTION TO BE COMPLETED BY CONSULAR OFFICER, NOTARY PUBLIC OR OTHER PERSON QUALIFIED TO ADMINISTER OATH.

Subscribed and sworn to before me this ___7___ day of ___March___ 19 _89_, at

R. L. NELSON
HMCS     USN
ASST. Officer in Charge (Patient Admin)
(Title of Consular Officer Administering Oath)

(SEAL)

USNH, OKINAWA, JAPAN

(Signature of Officer)

This report completed at ___Naha, Japan___ on ___March 13___ 19 _89_
(Foreign Service Post)                     (Month, Day)

The information was furnished by (father, mother, guardian, nurse, doctor or other person having knowledge) and supported by the documents listed below. This report has been transmitted to the Department of State, Washington, D.C. for filing in the Archives of the Department.

DOCUMENTS Presented:   Sent to the Dept. of State: (1) child's hospital birth cert.; cert'd copies of (2) fathers' Cert. of Live Birth (3) mother's Cert. of Live Birth and (4) parents' Marriage Cert.

(SEAL)

Thomas W. Callow
American Consul
(Signature and Typed Name and Title of Consular Officer completing report)

FORM FS-240
3-80          CONSULAR OFFICERS MUST REQUIRE AND LIST DOCUMENTS NECESSARY TO SUPPORT FACTS REPORTED

# EXHIBIT B

## STATE OF SOUTH CAROLINA
### CERTIFICATION OF VITAL RECORD

## DEATH CERTIFICATION
AMENDED
139-2021-061084
* WANDA LORRAINE KELLY JOHNSON *
AKA: N/A

**DECEDENT INFORMATION**
DATE OF DEATH: NOVEMBER 28, 2021
PLACE OF DEATH TYPE: DECEDENT'S HOME
PLACE OF DEATH NAME AND ADDRESS: 4 STAUNTON COURT, COLUMBIA, SC, 29229
CITY OF DEATH: COLUMBIA
MARITAL STATUS: DIVORCED (AND NOT REMARRIED)
SURVIVING SPOUSE: N/A
MOTHER NAME: ETHELEAN KING
FATHER NAME: CLARENCE KELLY JR
RESIDENCE: 4 STAUNTON COURT, COLUMBIA, RICHLAND COUNTY, SC, 29229

TIME OF DEATH: 2200
SOCIAL SECURITY NUMBER: 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
COUNTY OF DEATH: RICHLAND
DATE OF BIRTH: SEPTEMBER 12, 1962
AGE: 59 YEARS
PLACE OF BIRTH: FLORIDA
SEX: FEMALE
ARMED FORCES: YES

**INFORMANT INFORMATION**
NAME: ARI FOSTER
MAILING ADDRESS: 28 BARNLEY COURT, COLUMBIA, SC, 29229

RELATIONSHIP: DAUGHTER

**DISPOSITION/FUNERAL HOME INFORMATION**
PLACE: FORT JACKSON NATIONAL CEMETERY , COLUMBIA, SC, 29229
FUNERAL HOME: MYERS MORTUARY LLC
FUNERAL HOME ADDRESS: 2624 ALPINE ROAD, COLUMBIA, SC, 29223
FUNERAL DIRECTOR NAME: DERRICK J. WILLIAMSON
EMBALMER: BRIAN W MYERS

METHOD: BURIAL

LICENSE NUMBER: 3895
LICENSE NUMBER: 2517

**MEDICAL INFORMATION**
CERTIFIER: DC SHAYLA 'S DAVIS
ADDRESS: 6300 SHAKESPEARE ROAD, COLUMBIA, SC, 29223
CAUSE OF DEATH - PART I:
COMPLICATIONS OF CHRONIC ETHANOL ABUSE

LICENSE NUMBER: NA

MANNER OF DEATH: NATURAL

OTHER SIGNIFICANT CONDITIONS - PART II: N/A

CORONER CONTACTED?: YES
DATE OF INJURY: N/A
LOCATION OF INJURY: N/A
PLACE OF INJURY: N/A
HOW INJURY OCCURRED: N/A

AUTOPSY PERFORMED?: YES
AUTOPSY AVAILABLE?: YES
TIME OF INJURY: N/A
INJURY AT WORK?: N/A

DATE FILED: DECEMBER 08, 2021

DATE ISSUED: FEBRUARY 23, 2022

**AMENDMENT HISTORY**
*AUTOPSY AVAILABLE AMENDED BY SUPPLEMENTAL REPORT ON 2/18/2022, CAUSE OF DEATH A AMENDED BY SUPPLEMENTAL REPORT ON 2/18/2022, DATE OF INJURY AMENDED BY SUPPLEMENTAL REPORT ON 2/18/2022, HOW INJURY OCCURRED AMENDED BY SUPPLEMENTAL REPORT ON 2/18/2022, INJURY AT WORK AMENDED BY SUPPLEMENTAL REPORT ON 2/18/2022, LOCATION OF INJURY AMENDED BY SUPPLEMENTAL REPORT ON 2/18/2022, MANNER OF DEATH AMENDED BY SUPPLEMENTAL REPORT ON 2/18/2022, PLACE OF INJURY AMENDED BY SUPPLEMENTAL REPORT ON 2/18/2022, TIME OF INJURY AMENDED BY SUPPLEMENTAL REPORT ON 2/18/2022*

SC10378120

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

Edward D. Simmer, MD, MPH, DFAPA
Acting Director and State Registrar

Caleb N. Cox
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.
Revision Date:   02/18/2021



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# EXHIBIT C

STATE OF SOUTH CAROLINA                                  PROBATE COURT
COUNTY OF RICHLAND

IN THE MATTER OF: WANDA LORRAINE KELLY JOHNSON

CASE NUMBER:        2022 ES40 00977

### CERTIFICATE OF APPOINTMENT AS PERSONAL REPRESENTATIVE

This is to certify that

**ARI S. FOSTER**

is the duly qualified **PERSONAL REPRESENTATIVE**

in the above matter and that this appointment, having been executed on the  3rd day of
June, 2022, is now in full force and effect, including authorization to receive all monies,
income, principal, interest and dividends of and belonging to said estate.

**RESTRICTIONS:**
Only those imposed by law.

Executed this  3rd day of June, 2022.

**Amy W. McCulloch**

Amy W. McCulloch                     By: Andrew
Richland County Probate Judge              Dearden

Do not accept a copy of this
certificate without the raised
seal of the Probate Court.

FORM #141PC (1/91)
SCPC 1-305, 3-103, 5-304, 5-421, 7-201

# EXHIBIT D



# DEPARTMENT OF THE AIR FORCE

## THIS IS TO CERTIFY THAT

## THE AIR FORCE ACHIEVEMENT MEDAL

### HAS BEEN AWARDED TO

TECHNICAL SERGEANT WANDA L. KELLYWILLIAMS
(FOURTH OAK LEAF CLUSTER)

### FOR

OUTSTANDING ACHIEVEMENT
(WITH VALOR DEVICE)
25 JUNE 1996 - 26 JUNE 1996

### ACCOMPLISHMENTS

Technical Sergeant Wanda L. KellyWilliams distinguished herself by an act of courage as Fitness Center Manager, 4404th Services Squadron, 4404th Support Group, 4404th Wing (Provisional), King Abdul-Aziz Air Base, Dhahran, Kingdom of Saudi Arabia. Immediately after the terrorist bombing of Khobar towers, Sergeant KellyWilliams assembled a team and brought order to the fitness center. She then prepared the facility as an evacuation/assembly area. With little regard for her personal safety she cleaned glass and debris to provide shelter for other personnel. By her prompt action and humanitarian regard for her fellowman, Sergeant KellyWilliams has reflected credit upon herself and the United States Air Force.

GIVEN UNDER MY HAND THIS     26th          DAY OF   JUNE          19 96

JAMES J. MECSICS, Lieutenant Colonel, USAF
Commander

AF 2274, FEB 83

# EXHIBIT E

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | | 2. DEPARTMENT, COMPONENT AND BRANCH | | 3. SOCIAL SECURITY NUMBER | | |
|---|---|---|---|---|---|---|
| KELLY WANDA LORRAINE | | AIR FORCE – REG AF | | 261 | 47 | 9790 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE |
|---|---|---|---|
| MSGT | E7 | 19620912 | (YYYYMMDD) N/A |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | | b. HOME OF RECORD AT TIME OF ENTRY(City and state, or complete address if known) |
|---|---|---|
| JACKSONVILLE FL | QUINCY FL | |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED | | |
|---|---|---|---|
| 20 SERVICES SQ          (ACC) | SHAW AFB       SC | | |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| N/A | AMOUNT: $250,000 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(s) | MONTH(s) | DAY(s) |
|---|---|---|---|---|
| 3M071-SERVICES (22 YEARS) | a. DATE ENTERED AD THIS PERIOD | 1980 | Aug | 18 |
| | b. SEPARATION DATE THIS PERIOD | 2003 | Jan | 31 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 22 | 05 | 13 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 04 | 00 |
| | f. FOREIGN SERVICE | 04 | 01 | 17 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 1998 | Sep | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED   (All periods of service) | 14. MILITARY EDUCATION(Course title, number of weeks, and month and year completed) |
|---|---|
| AIR FORCE ACHIEVEMENT MEDAL WITH 4 DEVICES, MERITORIOUS SERVICE MEDAL, ARMED FORCES EXPEDITIONARY MEDAL, NCO PROFESSIONAL MILITARY EDUCATION RIBBON WITH SEE REMARKS | BASIC MILITARY TRAINING, 6WKS, SEP80; NCO ORIENTATION COURSE, 23HRS, MAR84; FITNESS AND RECREATION SUPERVISOR, 227HRS, AUG85; SEE REMARKS |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES | X | NO |
|---|---|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | | X | YES | NO |

| 16. DAYS ACCRUED LEAVE PAID | 2.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|---|

### 18. REMARKS

ITEM 13:     1 DEVICE, NATIONAL DEFENSE SERVICE MEDAL WITH 1 DEVICE, AIR FORCE OVERSEAS LONG TOUR RIBBON, AIR FORCE TRAINING RIBBON, AIR FORCE LONGEVITY SERVICE AWARD WITH 4 DEVICES, AIR FORCE OUTSTANDING UNIT AWARD WITH 4 DEVICES, AIR FORCE GOOD CONDUCT MEDAL WITH 6 DEVICES.
ITEM 14:     OJT SUPERVISOR'S FAMILIARIZATION, 30HRS, SEP85; FITNESS SPECIALIST COURSE, 80HRS, JAN88; OJT MANAGER'S COURSE, 36HRS, APR90; NCO ACADEMY, 6WKS, APR94; USAF SENIOR NCO ACADEMY, 8WKS, JUN01.   SUBJECT TO RECALL TO ACTIVE DUTY BY THE SECRETARY OF THE AIR FORCE.*****************
*******************************NOTHING FOLLOWS*******************************

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 2010 ESSEX DR SUMTER SC 29154 | ETHELEAN KELLY 912 MARTIN LUTHER KING BLVD QUINCY FL 32351 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO   SC   DIRECTOR OF VETERANS AFFAIRS | X | YES | NO |
|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| *Wada Kelly* | CHARMAINE N. KELLEY, SSGT, USAF NCOIC, RETIREMENTS AND SEPARATIONS |

---

| SPECIAL ADDITIONAL INFORMATION     (For use by authorized agencies only) | | |
|---|---|---|
| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) | |
| RETIREMENT | HONORABLE | |
| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
| AFI 36-3203 | RBD | 2V |
| 28. NARRATIVE REASON FOR SEPARATION | | |
| SUFFICIENT SERVICE FOR RETIREMENT | | |
| 29. DATES OF TIME LOST DURING THIS PERIOD  (YYYYMMDD) | | 30. MEMBER REQUESTS COPY 4 |
| NONE | | (Initials) |

DD Form 214-AUTOMATED, FEB 2000          PREVIOUS EDITION IS OBSOLETE.

MEMBER-4

# EXHIBIT F



**Department of Veterans Affairs**
**550 Foothill Drive**
**PO Box 581900**
**Salt Lake City, UT 84158-1900**

January 30, 2024

WANDA JOHNSON
4 STAUNTON CT
COLUMBIA SC 29229

In Reply Refer To:  341/NCC/JTR
XSS XXXXX9790
Johnson W

To Whom It May Concern:

The official records of the Department of Veterans Affairs verify that Wanda Johnson is rated at 100% for a service-connected disability.

## Do You Have Questions or Need Assistance?

If you have any questions, you may contact us by telephone, email or letter.

| If you | Here is what to do. |
|---|---|
| Telephone | Call us at 1-800-827-1000.<br>If you use a Telecommunications Device for the Deaf (TDD), the number is 711. |
| Use the Internet | www.VA.gov- "ask a question" |
| Write | Put your full name and VA file number on the letter. Please send all correspondence to the address below:<br><br>Department of Veterans Affairs<br>Claims Intake Center<br>PO Box 4444<br>Janesville, WI 53547-4444<br>Toll Free Fax: 844-531-7818<br>DID Fax: 248-524-4260 |

With sincere regard for the Veteran's service,

RO Director
VA Regional Office

To email us visit www.VA.gov- "ask a question"

**Do you know about VA.gov?**

The new VA.gov design focuses on the top information Veterans seek out across all VA websites. This homepage also provides Veterans with a standard way to log in to access a personalized user experience. Users are able to log into VA.gov via their existing MyHealtheVet, DS Logon, or ID.me credentials.

As VA continues to transition self-service capabilities from eBenefits to VA.gov, there are limited functions available exclusively in eBenefits. All eBenefits functionality has been transitioned to VA.gov except:

-Request for Certificate of Eligibility

-Chapter 31 VRE application

-POA Search and VAF21-22/a submission

-Specially Adapted Housing (SAH) or Special Home Adaptation (SHA) grant application

-Order prosthetic socks

-View My Document

To register for an account, follow the online prompts on VA.gov.



**Department of Veterans Affairs**
550 Foothill Drive
PO Box 581900
Salt Lake City, UT 84158-1900

January 30, 2024

In Reply Refer To:

WANDA JOHNSON
4 STAUNTON CT
COLUMBIA SC 29229

341/NCC/JTR
XSS XXXXX9790
Johnson W

Dear Wanda Johnson,

This is in reply to your request for a statement verifying your service-connected disabilities.

Department of Veterans Affairs (VA) records show your service-connected disabilities are as follows:

| Percentage | Disability | Diag Code |
|---|---|---|
| 50 | posttraumatic stress disorder and bipolar disorder | 9411 |
| 40 | right wrist all radicular groups, carpal tunnel syndrome | 8513 |
| 40 | fibromyalgia | 5025 |
| 30 | left wrist all radicular groups, carpal tunnel syndrome | 8513 |
| 30 | hysterectomy with anterior/posterior colporrhaphy | 7618 |
| 10 | right first metatarsophalangeal scar | 7804 |
| 10 | tinnitus | 6260 |
| 10 | left shoulder pain | 5203 |
| 10 | lumbar spine spondylolisthesis | 5239 |
| 10 | right foot, plantar fasciitis, s/p bunionectomy | 5280 |
| 0 | Eustachian tube dysfunction | 6204 |
| 0 | left knee condition | 5260 |
| 0 | allergic rhinitis | 6522 |
| 0 | PFS, right knee | 5259 |
| 0 | left foot, plantar fasciitis | 5276 |
| 0 | hemorrhoids, s/p anal fissure | 7336 |
| 0 | GERD, to include IBS | 7346 |
| **100** | **Combined Rating** | |

# Do You Have Questions or Need Assistance?

If you have any questions, you may contact us by telephone, email or letter.

| If you | Here is what to do. |
|---|---|
| Telephone | Call us at 1-800-827-1000.<br>If you use a Telecommunications Device for the Deaf (TDD), the number is 711. |

Page 2
For the Veteran's Use Only
Case 1:23-cv-01689-BAH   Document 18-3   Filed 03/04/24   Page 21 of 21

| Use the Internet | www.VA.gov- "ask a question" |
|---|---|
| Write | Put your full name and VA file number on the letter. Please send all correspondence to the address below:<br><br><div align="center">Department of Veterans Affairs<br>Claims Intake Center<br>PO Box 4444<br>Janesville, WI 53547-4444<br>Toll Free Fax: 844-531-7818<br>DID Fax: 248-524-4260</div> |

With sincere regard for the Veteran's service,

RO Director
VA Regional Office

To email us visit www.VA.gov- "ask a question"


**Do you know about VA.gov?**
The new VA.gov design focuses on the top information Veterans seek out across all VA websites. This homepage also provides Veterans with a standard way to log in to access a personalized user experience. Users are able to log into VA.gov via their existing MyHealtheVet, DS Logon, or ID.me credentials.

As VA continues to transition self-service capabilities from eBenefits to VA.gov, there are limited functions available exclusively in eBenefits. All eBenefits functionality has been transitioned to VA.gov except:
-Request for Certificate of Eligibility
-Chapter 31 VRE application
-POA Search and VAF21-22/a submission
-Specially Adapted Housing (SAH) or Special Home Adaptation (SHA) grant application
-Order prosthetic socks
-View My Document

To register for an account, follow the online prompts on VA.gov.