IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF WANDA LORRAINE KELLY
JOHNSON, et al.,

    Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN,

    Defendant.
_____/

Civil Action No. 23-1689

**DECLARATION OF SARAH DENISE KELLY**

I, Sarah Denise Kelly, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am over eighteen and am competent to testify about the facts set forth herein.

2. I am, and at all relevant times have been, a United States national. A true copy of my birth certificate is filed herewith as Exhibit A.

3. I am the only sister of Wanda Lorraine Kelly Johnson ("Wanda").

4. I am also the surviving daughter of Ethelean King Kelly and Clarence Kelly, Jr., who were also Wanda's parents.

5. Ethelean King Kelly and Clarence Kelly, Jr. are both deceased.

6. I am the administrator of the estates of Ethelean King Kelly and Clarence Kelly, Jr.

7. Ethelean King Kelly and Clarence Kelly, Jr. were both born in the United States and were both United States citizens. True copies of their respective death certificates are filed herewith as composite Exhibit B.

8. I was appointed to be the personal representative of the estates of both of my parents. True copies of the Letters of Administration of their respective estates are filed herewith as composite Exhibit C.

1

9. Wanda and I were exactly two years apart (almost to the day). We shared an extremely close relationship, both before and after the attack. But our relationship changed after the attack.

10. I always considered Wanda to be my best friend. Wanda felt very close to me too. But she felt closer to our father than to me – he was her best friend.

11. In 1996, Wanda was serving a tour of duty at the U.S. Air Force base in Dhahran, Saudi Arabia.

12. On June 25, 1996 Wanda was housed at the Khobar Towers complex.

13. I heard about the bombing of the Khobar Towers on the news. And for several days we were unable to make contact with Wanda or even confirm that she had survived the attack. My entire family was anxious and distressed, not knowing what happened to Wanda.

14. Finally, approximately one week after the attack, I spoke with Wanda on the phone.

15. Wanda told me that when the terrorists' truck bomb exploded, she was inside the residential quarters. She was rocked by the blast, and, fearing for her life, she jumped, shoeless, out of a window, injuring her feet upon landing. She also suffered injuries to her shoulders and back, and lacerations from broken glass.

16. Following the attack, because of the injuries to her feet, Wanda always wore special shoes.

17. In the days immediately following the attack, Wanda was assigned to "Mortuary Affairs," where she was required to process the bodies of the deceased victims, and to contact families of the deceased and severely injured. This experience was particularly hard for Wanda.

18. It was clear to me that Wanda had been severely traumatized. Wanda told me that during the attack, she thought she was going to die.

19. The Khobar Towers bombing caused Wanda's life to spiral out of control. Wanda suffered severe emotional injuries, including post-traumatic stress disorder ("PTSD"), bipolar disorder, depression, and anxiety.

20. She abused alcohol as an escape. I tried to help her. But she resisted.

21. Wanda's decline accelerated during the last 10-15 years of her life. She was taking different kinds of medication to deal with her depression and anxiety.

22. Our parents both enjoyed very close relationships with Wanda. Our father was Wanda's best friend; she would open up to him more than to anyone else.

23. Wanda and our father remained unusually close following Wanda's return from Saudi Arabia. However, their relationship changed dramatically. Wanda would call him at all times of the night, crying uncontrollably. Our father was devastated that he could not help her. This caused our father untold distress which he lived with until his death.

24. Wanda was also unusually close with our mother. Our mother knew about Wanda's late-night calls to our father was also terribly distressed.

25. Our parents suffered helplessly as Wanda engaged in self-destructive behavior (including alcohol abuse and threats of suicide). They were also distressed to see how Wanda failed to properly care for her young daughter, Ari.

26. Following the attack my parents, brothers, and I tried to provide Wanda with emotional support. But it was hard for Wanda to talk about her experience in the bombing.

27. Wanda was often very short-tempered and angry with us. She behaved erratically and in self-destructive ways. I tried to maintain peace within the family. But Wanda took her anger out on the family. I tried coaching everyone to get along with her. But Wanda's anger and erratic behavior made it hard for me to hold everyone together.

28. I also remained very close with Wanda. But her personality and behavior changed so drastically after the attack. I felt like I lost my sister *and* my best friend.

29. Still, Wanda spoke with me more than with anyone else (with the exception of our father until his death). And I stood by Wanda's side throughout her suffering. But I could not help her, and I suffered with her.

**I declare under penalty of perjury that the foregoing is true and correct**.

02/10/2024
_____
Date

*Sarah Kelly (Feb 10, 2024 18:16 EST)*
_____
Sarah Denise Kelly

3

# EXHIBIT A

# STATE OF FLORIDA
## OFFICE of VITAL STATISTICS
### CERTIFICATION OF BIRTH

NAME: SARAH DENISE KELLY

DATE OF BIRTH: 9/15/64    SEX: FEMALE

PLACE OF BIRTH: GADSDEN COUNTY, FLORIDA

CERTIFICATE NUMBER: 109-64-086799

DATE FILED: 10/13/64    DATE ISSUED: 7/12/96

MOTHER'S MAIDEN NAME: ETHEL LEAN KING

FATHER'S NAME: CLARENCE KELLY JR

This is to certify that this is a true abstract of the official record filed with this office.

By *Janline Powell*, State Registrar

WARNING: 2886260  DO NOT ACCEPT CERTIFIED COPIES UNLESS ON SECURITY PAPER WITH COLORED BACKGROUND AND THE LETTERS FLA IN THE UPPER RIGHT AND LEFT CORNERS OF PAPER ON FRONT AND VERTICAL SECURITY LINES ON BACK. ALTERATION OR ERASURE VOIDS THIS CERTIFICATE.

HRS — DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES

HRS Form 1503A (8-95)

# EXHIBIT B

# STATE OF FLORIDA
## BUREAU of VITAL STATISTICS
## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2021134406
**DATE ISSUED:** JULY 22, 2021
**DATE FILED:** JULY 21, 2021

### DECEDENT INFORMATION
- **NAME:** ETHELEAN KING KELLY
- **DATE OF DEATH:** JULY 18, 2021
- **SEX:** FEMALE
- **SSN:** 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
- **AGE:** 077 YEARS
- **DATE OF BIRTH:** JUNE 4, 1944
- **BIRTHPLACE:** JACKSONVILLE, FLORIDA, UNITED STATES
- **PLACE OF DEATH:** HOSPICE
- **FACILITY NAME OR STREET ADDRESS:** 2301 BLUFF OAK WAY
- **LOCATION OF DEATH:** TALLAHASSEE, LEON COUNTY, 32311
- **RESIDENCE:** 912 MARTIN LUTHER KING BLVD, QUINCY, FLORIDA 32351, UNITED STATES
- **COUNTY:** GADSDEN
- **OCCUPATION, INDUSTRY:** UTRS SPECIALIST, FLORIDA STATE HOSPITAL
- **EDUCATION:** HIGH SCHOOL GRADUATE OR GED COMPLETED
- **EVER IN U.S. ARMED FORCES?** NO
- **HISPANIC OR HAITIAN ORIGIN?** NO, NOT OF HISPANIC/HAITIAN ORIGIN
- **RACE:** BLACK OR AFRICAN AMERICAN

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
- **MARITAL STATUS:** WIDOWED
- **SURVIVING SPOUSE NAME:** NONE
- **FATHER'S/PARENT'S NAME:** NATHANIEL KING SR
- **MOTHER'S/PARENT'S NAME:** ALEAN BRYANT

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
- **INFORMANT'S NAME:** SARAH D KELLY
- **RELATIONSHIP TO DECEDENT:** DAUGHTER
- **INFORMANT'S ADDRESS:** 74 VENCENT DR. EAST, MIDWAY, FLORIDA 32343, UNITED STATES
- **FUNERAL DIRECTOR/LICENSE NUMBER:** ANTONIO BRADWELL, F093105
- **FUNERAL FACILITY:** BRADWELL MORTUARY F041461
  18300 BLUE STAR HWY, QUINCY, FLORIDA 32351
- **METHOD OF DISPOSITION:** BURIAL
- **PLACE OF DISPOSITION:** GREENSBORO COMMUNITY CEMETERY
  GREENSBORO, FLORIDA

### CERTIFIER INFORMATION
- **TYPE OF CERTIFIER:** CERTIFYING PHYSICIAN
- **MEDICAL EXAMINER CASE NUMBER:** NOT APPLICABLE
- **TIME OF DEATH (24 HOUR):** 1148
- **DATE CERTIFIED:** JULY 21, 2021
- **CERTIFIER'S NAME:** JENNIFER SWISHER LYNES
- **CERTIFIER'S LICENSE NUMBER:** OS11206
- **NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER):** NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
- **MANNER OF DEATH:** NATURAL
- **CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH**
  - a. CHRONIC DEBILITY — UNKNOWN
  - b. CEREBRAL VASCULAR ACCIDENT — UNKNOWN
  - c.
  - d.

**PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:**
DYSPHAGIA AND RECURRENT ASPIRATION PNEUMONIA

- **AUTOPSY PERFORMED?** NO
- **AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?**
- **DATE OF SURGERY:**
- **DID TOBACCO USE CONTRIBUTE TO DEATH?** UNKNOWN
- **REASON FOR SURGERY:**
- **PREGNANCY INFORMATION:** NOT PREGNANT WITHIN PAST YEAR
- **TIME OF INJURY (24 HOUR):**
- **INJURY AT WORK?**
- **DATE OF INJURY:** NOT APPLICABLE
- **LOCATION OF INJURY:**
- **DESCRIBE HOW INJURY OCCURRED:**
- **PLACE OF INJURY:**
- **TYPE OF VEHICLE:**
- **IF TRANSPORTATION INJURY, STATUS OF DECEDENT:**

*(signed)* Ken Jones, **STATE REGISTRAR**

**REQ:** 2022953094

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)

CERTIFICATION OF VITAL RECORD

*591 97363*

Florida HEALTH

# STATE OF FLORIDA
## OFFICE of VITAL STATISTICS
### CERTIFIED COPY

**CERTIFICATE OF DEATH — FLORIDA**   00 035260

- LOCAL FILE NO.:
- 1. DECEDENT'S NAME: FIRST — CLARENCE | MIDDLE — | LAST — KELLY | JR.
- 2. SEX: MALE
- 3. DATE OF DEATH: MARCH 16, 2000
- 4. SOCIAL SECURITY NUMBER: 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
- 5a. AGE — Last Birthday (years): 59
- 6. DATE OF BIRTH: JULY 26, 1940
- 7. BIRTHPLACE: MALVERN, ALABAMA
- 8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: NO
- 9a. PLACE OF DEATH: X Other (Specify) — MOTHER'S HOME
- 9b. INSIDE CITY LIMITS?: YES
- 9c. FACILITY NAME: 1737 INLET STREET
- 9d. CITY, TOWN, OR LOCATION OF DEATH: QUINCY
- 9e. COUNTY OF DEATH: GADSDEN
- 10a. DECEDENT'S USUAL OCCUPATION: UNIT TREATMENT SPECIALIST
- 10b. KIND OF BUSINESS/INDUSTRY: STATE HOSPITAL
- 11. MARITAL STATUS: MARRIED
- 12. SURVIVING SPOUSE: ETHELEAN KING
- 13a. RESIDENCE — STATE: FLORIDA
- 13b. COUNTY: GADSDEN
- 13c. CITY, TOWN, OR LOCATION: QUINCY
- 13d. STREET AND NUMBER: 912 MARTIN LUTHER KING BLVD.
- 13e. INSIDE CITY LIMITS?: YES
- 13f. ZIP CODE: 32351
- 14. WAS DECEDENT OF HISPANIC OR HAITIAN ORIGIN?: X No
- 15. RACE: BLACK
- 16. DECEDENT'S EDUCATION: College — 1
- 17. FATHER'S NAME: CLARENCE KELLY SR.
- 18. MOTHER'S NAME: SARAH HAYES
- 19a. INFORMANT'S NAME: SARAH KELLY
- 19b. MAILING ADDRESS: 185 FOREST DRIVE, MIDWAY, FLORIDA 32343
- 20a. METHOD OF DISPOSITION: X Burial
- 20b. PLACE OF DISPOSITION: GREENSBORO COMMUNITY
- 20c. LOCATION: GREENSBORO, FLORIDA
- 21b. LICENSE NUMBER: 3751
- 21c. NAME AND ADDRESS OF FACILITY: WILLIAMS FUNERAL HOME, P.O. BOX 177, QUINCY, FLORIDA 32353
- 22b. DATE SIGNED: 3/18/00
- 22c. HOUR OF DEATH: 4:45 AM
- 24. NAME AND ADDRESS OF CERTIFIER: NOEL C. SCIDMORE, MD 1300 MICCOSUKEE RD TALLAHASSEE, FL
- 25b. LOCAL REGISTRAR — SIGNATURE: Pauline Powell
- 25c. DATE REGISTERED: March 20, 2000

State Registrar — C. Meade Grigg

Date Issued: DEC 17 2008

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA ON THE FRONT, AND THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

DH FORM 1946 (08-04)

25219506    CERTIFICATION OF VITAL RECORD    *25219506*

FLORIDA DEPARTMENT OF HEALTH



# EXHIBIT C

Filing # 159881793 E-Filed 10/25/2022 08:37:08 AM

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT,
IN AND FOR GADSDEN COUNTY, FLORIDA

PROBATE DIVISION
CASE NO.: 2021-CP-000455

In re: The Estate of

ETHELEAN KING KELLY,

Deceased.
_____/

## LETTERS OF ADMINISTRATION

WHEREAS, Ethelean King Kelly, a resident of Gadsden County, Florida, whose social security number is xxx-xx-1806, died on July 18, 2021, owning assets in the State of Florida, and;

WHEREAS, Sarah D. Kelly, has been appointed Personal Representative of the Estate of the Decedent and has performed all acts prerequisite to issuance of letters of administration in the Estate;

NOW, THEREFORE, I the undersigned circuit judge, declare Sarah D. Kelly, to be duly qualified under the laws of the State of Florida to act as Personal Representative of this Estate, with full power to administer the Estate according to law; to ask, demand, sue for, recover, and receive the property of the Decedent and to act for and in the name of the Decedent; to pay the debts of the Decedent as far as the assets of the Estate will permit and the law directs; and to make distribution of the Estate according to law.

DONE AND ORDERED in Quincy, Gadsden County, Florida.

David Frank, Circuit Judge
20-2021-CP-000455-AXXX-XX 10/24/2022 10:26:01 PM

IN THE CIRCUIT COURT FOR THE SECOND JUDICIAL CIRCUIT
IN AND FOR GADSDEN COUNTY, FLORIDA

IN RE: THE ESTATE OF

CLARENCE KELLY. JR.,    PROBATE DIVISION

  Deceased.    CASE NO. 23000260CPA
_____/

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, CLARENCE KELLY, JR., a resident of Gadsden County, Florida, whose social security number is xxx-xx-2316, died on March 16, 2000, owning assets in the State of Florida, and

WHEREAS, Sarah D. Kelly has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Sarah D. Kelly to be duly qualified under the laws of the State of Florida to act as personal representative of the estate of Clarence Kelly, Jr., deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED in Quincy, Gadsden County, Florida.

260-AXXX-XX 06/09/20

David Frank, Circuit Judge
20-2023-CP-000260-AXXX-XX 06/09/2023 03:15:24 PM