IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF WANDA LORRAINE KELLY
JOHNSON, et al.,

      Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN,

      Defendant.
_____/

Civil Action No. 23-1689

**DECLARATION OF ANDRA LAMAR KELLY**

I, Andra Lamar Kelly, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am over eighteen and am competent to testify about the facts set forth herein.

2. I am, and at all relevant times have been, a United States citizen. A true copy of my birth certificate is filed herewith as Exhibit A.

3. I am the older brother of Wanda Lorraine Kelly Johnson, and I am the oldest of the four children of Clarence Jr. and Ethelean Kelly.

4. We were always a very close-knit family.

5. I was one year older than Wanda.

6. Wanda was always very smart, strong, and easy to get along with.

7. In elementary school, Wanda was a stand-out student. The school administration wanted her to skip a grade, which would have put her in my class. When I heard about this, I felt pressure that created a friendly competition that pushed me to work harder in school.

8. In high school, Wanda and I were so close that we would often go to school dressed alike.

9. My sisters and I would hang out together. Wanda always made an effort to get us to spend time together.

10. When we grew up and Wanda got married, she would invite the family to get together and stay at her house.

11. I never had difficulty getting along with Wanda.

12. When I learned of the Khobar Towers attack, I obviously knew that Wanda was there. And like my family, I could not get in touch with her and did not even know if she had been injured or killed in the attack. I was distraught.

13. Finally, our sister Sarah was able to make contact with Wanda, and told us that Wanda had survived.

14. While I saw pictures of the aftermath of the attack, I had no idea how severely traumatized it left Sarah. After all, she survived the attack with what I thought were relatively minor physical injuries.

15. Therefore, it was difficult for me to relate to Wanda when she returned home and started acting dramatically different than before.

16. Before the attack, Wanda would occasionally drink socially. But when she returned, she started drinking heavily. It seemed like she was drinking all of the time.

17. Before the attack Wanda was easy-going. After the attack, I could not talk to her. She would tell me what to do or what she thought about something, and if I disagreed with her, Wanda would become verbally abusive.

18. Wanda would call me late at night. If I wouldn't answer the phone, she would leave long angry and hurtful voice messages.

19. The late-night calls were not directed only at me. Wanda would stay up all night and sleep during the days. She would call and text others. She was not always abusive in these calls. I later learned that she would call a certain preacher in the middle of the night to talk about faith.

20. When the verbal abuse became particularly hurtful, I blocked her calls on my phone. But I always later unblocked her.

21. Sometimes Wanda would apologize for things she had said, but you can't really undo the pain inflicted by such hurtful comments.

22. Wanda's behavior was erratic. She took medication for her trauma and depression, and she drank heavily.

23. As the severity of her emotional injuries sunk in for me, I tried to look past her abusive behavior to make peace and to help her manage.

24. But when I would make suggestions to help her, she would shut me down, saying something like, "You don't know what I am feeling." Our sister, Sarah, would tell me, "just listen to her; just listen to her."

25. It was very painful for me to witness the effects of PTSD on Wanda. I felt helpless.

26. I had to struggle to maintain my relationship with Wanda.

27. When our mother grew old and became ill, we all had to work together to care for her.

28. Wanda was always ready to contribute financially to our mother's care.

29. Our mother needed 24-hour care. We hired a helper to live with her. But our mother did not want to have a stranger in the house. So that did not last long. We all needed to be available for our mother.

30. Our mother could not deal with Wanda's alcohol abuse, and it became a source of tension between them. Our mother would tell Wanda, "You don't need to be doing that [drinking]." And Wanda would get angry and hurt.

31. Our Mother did not want to be with Wanda when she was drunk. Therefore, there were times when our mother needed something, and Wanda could not personally help. At times like this, Wanda would often start telling me what she thought I needed to do. But I

am married and live in Georgia and could not always go to Florida on short notice. And if I said I could not do what Wanda had ordered, she would become angry. Wanda was never like that before the attack. Now, when Wanda said, "jump" we needed to jump or incur her anger and sharp tongue.

32. Despite the tension between them, our mother and Wanda loved each other very much. And, even when our mother did not want Wanda around because of her drinking, Wanda contributed financially to our mother's care.

33. Our mother's death was very hard on Wanda. Wanda was living in South Carolina, and she had a friend drive her down to Florida for the funeral. But Wanda could not handle our mother's death, and returned to South Carolina before the funeral took place.

34. After being driven all the way back to South Carolina, Wanda decided to come back for the funeral. This time, she drove herself. But Wanda was drinking while driving and ran off the road. She was taken into police custody and released. But Wanda missed our mother's funeral.

35. Wanda's behavior around our mother's death and funeral was distressing for the entire family. And it came at a very difficult time for all of us. But it was just one example of her erratic behavior that was caused by her emotional and psychological injuries from the Khobar Towers bombing.

36. Wanda died a few months after our mother's passing.

**I declare under penalty of perjury that the foregoing is true and correct**.

02/11/2024
_____
Date

_____
Andra Kelly (Feb 11, 2024 14:24 EST)
Andra Lamar Kelly

4

# EXHIBIT A

