# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ESTATE OF WANDA LORRAINE KELLY
JOHNSON, et al.,

       Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN,

       Defendant.
_____/

Civil Action No. 23-cv-1689

## MOTION TO EXPEDITE

Plaintiffs hereby respectfully move for expedited consideration of their pending Motion for Entry of Default Judgment and to Take Judicial Notice of Evidence in Prior Related Cases. ECF 18 (December 18, 2023).

The Special Master of the United States Victims of State Sponsored Terrorism Fund (USVSST Fund) recently set July 1, 2024, as the deadline for applications to the Fund for any Fifth Round Distribution. https://www.usvsst.com/Home/Announcements?id=20240429, last visited on May 29, 2024.

Accordingly, Plaintiffs respectfully move for expedited consideration of their pending Motion.

Dated: May 29, 2024

Respectfully submitted,

 /s/ Asher Perlin_____
Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404
asher@asherpelin.com
*Attorney for Plaintiffs*