# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ESTATE OF WANDA LORRAINE KELLY
JOHNSON, et al.,

          Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN,

          Defendant.

_____/

Civil Action No. 23-cv-1689

## **(PROPOSED) ORDER**

    Plaintiffs have moved for expedited consideration of their pending Motion for Entry of

Default Judgment and to Take Judicial Notice of Evidence in Prior Related Cases.

    The Court hereby GRANTS the Motion to expedite.

    SO ORDERED.

_____
 U.S. District Court Judge Beryl A. Howell